**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

---

**ANGIE DUSTY** **PLAINTIFF,**

**v.** **CASE NO. 2:24-cv-2143-TLB**

**BRUTON PROPERTY OF FORT SMITH, LLC**
**and CHRISCO INC. d/b/a TACO MAYO RESTAURANT,**

**DEFENDANTS.**

---

**JOINT STIPULATION OF DISMISSAL**

---

COME NOW the Parties, by and through undersigned counsel of record, and hereby state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 31st day of January, 2025.

RESPECTFULLY SUBMITTED,

Davis A. Stephenson
TN BPR #039015
WAMPLER, CARROLL, WILSON
AND SANDERSON, PLLC
208 Adams Avenue
Memphis, Tennessee 38103
(901) 523-1844 – Telephone
alex@wcwslaw.com
***Counsel for Plaintiff, Angie Dusty***

Brett W. Taylor
Ark. Bar No. 2010128
ROSE LAW FIRM

120 E. Fourth Street
Little Rock, AR 72201
501-377-0426
btaylor@roselawfirm.com
***Counsel for Defendants***